No. 553. JAMES J. RAFFERTY, COLLECTOR OF INTERNAL REVENUE FOR THE PHILIPPINE ISLANDS, *v.* VISAYAN REFINING COMPANY. November 15, 1920. Petition for a

writ of certiorari to the Supreme Court of the Philippine Islands granted. *Mr. Charles Marvin* for petitioner. *Mr. Clarence B. Miller* for respondent.